218 So.2d 902

**Benny J. MOORE**

**v.**

**AMERICAN MOTORISTS INSURANCE COMPANY.**

No. 49652.

Feb. 24, 1969.

In re: Benny J. Moore applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 216 So.2d 674.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

218 So.2d 903

**Everett W. GRANDERSON, Jr.**

**v.**

**ORLEANS PARISH SCHOOL BOARD.**

No. 49653.

Feb. 24, 1969.

In re: Everett W. Granderson, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 216 So.2d 643.

Writ refused. There appears no error of law in the judgment complained of.

FOURNET, C. J., and McCALEB, J., are of the opinion that a writ should be granted.